HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.orgmi

Attorney for Defendant
JOSE SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00097-JAM |
| Plaintiff, | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| JOSE LUIS SANCHEZ, | Judge: Hon. John A Mendez |
| Defendant. | |

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** Defendant JOSE LUIS SANCHEZ from supervision for the reasons set forth in his Unopposed Motion.  It is further ordered that the proceedings in this case be **TERMINATED**.

Dated: April 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER Granting Early Termination of Supervised Release                              *U.S. v SANCHEZ*